UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Van Natta

v.                                   Civil Action
                                     No: 5:12-CV-00575
Rockinmusik, LLC, et al                              MMB

DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate party, _Rockinmusik LLC_ ~~all defendants including School of Rock~~,
      in the above listed civil action does not have any parent corporation and
      publicly held corporation that owns 10% or more of its stock.

[X]   The nongovernmental corporate party, _School of Rock LLC_,
      in the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

      _Sterling Capital Partners_

_2/17/12_                            _[signature]_
Date                                 Signature

                Counsel for: _Defendants_

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file
     two copies of a disclosure statement that:
     (1)  identifies any parent corporation and any publicly held corporation
          owning 10% or more of its stock; or
     (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
     (1)  file the disclosure statement with its first appearance, pleading,
          petition, motion, response, or other request addressed to the court;
          and
     (2)  promptly file a supplemental statement if any required information
          changes.